United States Courts Southern
District of Texas
FILED

AO 91 (Rev 8/01)   Criminal Complaint

# United States District Court

December 3, 2021
Nathan Ochsner, Clerk of Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Alejandra Alcala-Avila

**CRIMINAL COMPLAINT**

Case Number:   M-21-2528-M

IAE   YOB: 1977
Mexico
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **December 2, 2021** in **Starr** County, in the **Southern** District of **Texas**

*(Track Statutory Language of Offense)*
being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Rio Grande City, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)
I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Alejandra Alcala-Avila was encountered by Border Patrol Agents near Rio Grande City, Texas on December 2, 2021. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on September 12, 2021, near Rio Grande City, Texas. Record checks revealed the defendant was formally Deported/Excluded from the United States on October 25, 2000, through El Paso, Texas. Prior to Deportation/Exclusion, the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

On August 25, 1999, the defendant was convicted of Possession with Intent to Distribute Methamphetamine and sentenced to seventy (70) months confinement and five (5) years supervised release term.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes  ☒ No

Complaint authorized by AUSA E. Rodriguez
Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

December 3, 2021   at 8:55 p.m.

/S/   Rosendo Agda
Signature of Complainant
Rosendo Agda                    Border Patrol Agent

J. Scott Hacker                    , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer